# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY THOMAS CHERNETSKY,
Petitioner,

vs.

THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES TODD RUSSELL,
DISTRICT JUDGE,
Respondents.

No. 82280

**FILED**

JAN 2 7 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This petition was docketed on January 5, 2021, without payment of the requisite filing fee. *See* NRAP 21(g). That same day, this court issued a notice directing petitioner to pay the required filing fee or demonstrate compliance with NRAP 21 within 10 days. The notice advised that failure to comply would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth AB_

cc: Hon. James Todd Russell, District Judge
Anthony Thomas Chernetsky
Attorney General/Carson City
Carson City Clerk

21-02550